UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-409 JMR/RLE

| | | |
|---|---|---|
| American Tower, L.P. | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| City of Breezy Point | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: June 5, 2000

JAMES M. ROSENBAUM
United States District Judge

JUN 06 2000

FILED__________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________